IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.: |
| | : | |
| | : | VIOLATION |
| vs. | : | |
| | : | 18 U.S.C. § 1001 |
| DONALD M. BOUCHER | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

**INFORMATION**

The United States of America informs the Court that:

Count One

Beginning in or about April 1997, and continuing until in or about December 2002, in the District of Columbia and elsewhere, defendant BOUCHER knowingly and willfully made material false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of the executive branch of the United States, in that BOUCHER made and caused to be made approximately $50,000 in prohibited corporate contributions, thereby causing numerous federal

political campaigns and committees to submit materially false statements to the Federal Election Commission.

All in violation of Title 18, United States Code, Section 1001.

ANDREW LOURIE<br>
Acting Chief<br>
Public Integrity Section

By: _____
MATTHEW C. SOLOMON
NICHOLAS A. MARSH
Trial Attorneys
Public Integrity Section
Criminal Division
U.S. Department of Justice
1400 New York Avenue, NW
The Bond Building – 12th Floor
Washington, DC 20005
T: 202-514-1412 / F: 202-514-3003

Dated: Washington, DC
       March 3, 2006