UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

Donald Boucher

Criminal No. 06-62

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his/her right to trial by jury.

_____
Defendant

**FILED**

MAY 1 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____
Counsel for Defendant

I consent:

_____
~~Assistant United States~~ Attorney
Trial
USDOJ, Criminal Division
Public Integrity Section

APPROVED:

_____
United States District Judge

Dated: 5/15/06