AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF __Columbia__

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>Donald Boucher | WAIVER OF INDICTMENT<br>**FILED**<br>CASE NUMBER: 06-62<br>MAY 1 5 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

I, __Donald Boucher__, the above named defendant, who is accused of


being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __May 15, 2006__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before __Rosemary M Colly__
Judicial Officer

5/15/06