IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.: 1:06-cr-02 (RMC) |
| | : | |
| | : | VIOLATION |
| vs. | : | |
| | : | 18 U.S.C. § 1001 |
| DONALD M. BOUCHER | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

**JOINT STATUS REPORT**

The United States, after consultation with defense counsel James A. Rolfe, submits the following:

1. On May 15, 2006, defendant Donald M. Boucher pleaded guilty to one count of submitting false statements to the Federal Election Commission, in violation of 18 U.S.C. § 1001. Sentencing is set for September 19, 2006 at 9:30 a.m.

2. The Court had scheduled an interim status conference on July 20, 2006; but, in light of the government's representation that an interim status conference was unnecessary, the Court vacated the status on July 7, 2006, and instructed the parties to instead file a joint status report.

3. After consultation, the parties represent to the Court that the defendant is abiding by the terms of his release and is reporting weekly to pretrial services. It is the parties' recommendation that the defendant's pretrial release conditions remain in effect until sentencing.

4. The parties further note that the defendant is cooperating with the government in related investigations, and that, for this reason, the parties may move jointly later this summer to continue the defendant's sentencing date. The parties will, of course, file their continuance motion as soon as it becomes apparent that the government will be unable to fully allocute as to the

defendant's cooperation on the now-scheduled sentencing date of September 19, 2006.[1]

5.      Finally, the government states that, to the extent the defendant seeks permission to travel internationally between now and his sentencing date, the government has no objection to such travel so long as it does not conflict with any court dates in this matter.

FOR THE UNITED STATES

BRENDA K. MORRIS
Acting Chief, Public Integrity Section


__/s/_____
MATTHEW C. SOLOMON
NICHOLAS A. MARSH
Trial Attorney
U.S. Department of Justice
Criminal Division
Public Integrity Section

---

[1] The Court expressed concern at the defendant's plea hearing about the public nature of the defendant's on-going cooperation; but the parties agree that there is no threat to the defendant's safety based on the kind of assistance he is providing the government, and therefore no legitimate reason to file this motion, or to have filed the plea papers, under seal.

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of this joint status report was mailed via Federal Express on July 12, 2006, to the following counsel of record:

>James A. Rolfe, Esq.
>2727 Routh Street
>Dallas, TX 75201
>Tel: (214) 740-9955


/s/_____
Matthew C. Solomon