IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.: 1:06-cr-62 (RMC) |
| | : | |
| | : | VIOLATION |
| vs. | : | |
| | : | 18 U.S.C. § 1001 |
| DONALD M. BOUCHER | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

## CONSENT MOTION TO CONTINUE SENTENCING

1. On May 15, 2006, defendant Donald M. Boucher pleaded guilty before the Hon. Rosemary M. Collyer to a one-count information charging him with causing the submission of false statements to the Federal Election Commission, in violation of 18 U.S.C. § 1001. The defendant's sentencing is currently set for September 19, 2006 at 9:30 a.m.

2. At the Court's request, the parties submitted a joint status report on July 12, 2006, in which the parties indicated that they expected to move jointly in advance of the September 19th sentencing date to continue sentencing, because the defendant is cooperating in an on-going criminal investigation.[1]

3. The defendant's cooperation is continuing, and the government will not be in a position to make an informed recommendation as to the defendant's sentence until the defendant completes his cooperation.

4. Accordingly, the United States respectfully requests that the defendant's sentencing be continued to a date in December 2006 or January 2007. The defendant's attorney, James Rolfe, Esq., joins in this request.

A proposed order is attached to this motion.

_____

[1]The parties have collaborated and agree that it was unnecessary to file the instant motion under seal.

FOR THE UNITED STATES

EDWARD C. NUCCI
Acting Chief, Public Integrity Section


/s/_____
MATTHEW C. SOLOMON
NICHOLAS A. MARSH
Trial Attorneys
U.S. Department of Justice
Criminal Division
Public Integrity Section

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of this joint status report was mailed via Federal Express on August 28, 2006, to the following counsel of record:

James A. Rolfe, Esq.
2727 Routh Street
Dallas, TX 75201
Tel: (214) 740-9955


/s/_____
Matthew C. Solomon