IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.: 1:06-cr-62 (RMC) |
| | : | |
| | : | VIOLATION |
| vs. | : | |
| | : | 18 U.S.C. § 1001 |
| DONALD M. BOUCHER | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

## **ORDER**

_____The Court having reviewed the parties' joint motion to continue sentencing, and finding good cause to continue the sentencing date in this matter, it is this _____ day of August 2006 ORDERED that the defendant's sentencing be continued until _____ at _____a.m./p.m.

_____
Rosemary M. Collyer
U.S. District Court Judge