UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | **Criminal Action No. 06-62(RMC)** |
| **DONALD BOUCHER,** | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Upon consideration of the parties' consent motion to continue sentencing, it is hereby

**ORDERED** that the consent motion to continue sentencing is **GRANTED**. It is

**FURTHER ORDERED** that sentencing currently scheduled for September 19, 2006, at 9:30am shall be continued to January 5, 2007, at 10:00am.

**SO ORDERED**.


Date: September 7, 2006                                /s/
                                                ROSEMARY M. COLLYER
                                                United States District Judge