IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.: 1:06-cr-62 (RMC) |
| | : | |
| | : | VIOLATION |
| vs. | : | |
| | : | 18 U.S.C. § 1001 |
| DONALD M. BOUCHER | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

**CONSENT MOTION TO CONTINUE SENTENCING**

1. On May 15, 2006, defendant Donald M. Boucher pleaded guilty before the Hon. Rosemary M. Collyer to a one-count information charging him with causing the submission of false statements to the Federal Election Commission, in violation of 18 U.S.C. § 1001. The defendant's sentencing is currently set for January 5, 2007 at 9:30 a.m.

2. At the Court's request, the parties previously submitted a joint status report on July 12, 2006, in which the parties indicated that they expected to move jointly in advance of the original September 19th sentencing date to continue sentencing, because the defendant is cooperating in an on-going criminal investigation.[1] The Court continued the defendant's prior sentencing date to January 5, 2007.

3. The parties now request that the Court grant this additional continuance, because, among other issues, there is an unresolved sealed appeal currently pending in this Circuit, the outcome of which may impact defendant's continuing cooperation in this case. That appeal was argued before the Circuit on October 13, 2006, and a decision is expected shortly.

4. For the reasons stated above, the government is not yet in a position to make an informed recommendation as to the defendant's sentence.

---

[1] The parties have collaborated and agree that it was unnecessary to file the instant motion under seal.

5. Accordingly, the United States respectfully requests that the defendant's sentencing be continued to a date in late February 2007. The defendant's attorney, James Rolfe, Esq., joins in this request.

A proposed order is attached to this motion.

FOR THE UNITED STATES

EDWARD C. NUCCI
Acting Chief, Public Integrity Section


/s/_____
MATTHEW C. SOLOMON
NICHOLAS A. MARSH
Trial Attorneys
U.S. Department of Justice
Criminal Division
Public Integrity Section
(202) 514-1412

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of this motion will be served electronically to the following counsel of record:

        James A. Rolfe, Esq.
        2727 Routh Street
        Dallas, TX 75201
        Tel: (214) 740-9955


/s/_____
Matthew C. Solomon