IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | Criminal No.: 06CR62RMC |
| vs. | § § | VIOLATION |
| DONALD M. BOUCHER | § § | 2 U.S.C. § 441(b) (misdemeanor) |
| Defendant. | § | |

## MOTION TO CLARIFY CONDITIONS OF PROBATION

COMES NOW, Defendant Donald M. Boucher respectfully requests that the Court consider this Motion to Clarify Conditions of Probation, and shows the court the following:

I.

On May 15, 2006, Defendant Donald M. Boucher pleaded guilty to one count of submitting false statements to the Federal Election Commission, in violation of 18 U.S.C. § 1001.

II.

On March 30, 2007, Defendant Boucher was sentenced to one (1) year of probation. As a condition of probation, Defendant Boucher requested unrestricted domestic and international travel for business and personal reasons. This request was unopposed by the U.S. Department of Justice. The request was granted by the court to Defendant Boucher during the term of his probation. Defendant Boucher is required to frequently travel domestically and to South America for business, a fact known by the U.S. Department of Justice.

Questions have arisen from the probation office of the U.S. District Court, Eastern District of Texas, in Plano, Texas, regarding the existence of any restrictions on travel by Defendant Boucher. The probation office has been unable to clarify from the District of Columbia Probation Office whether travel restrictions do exist or not. In order to clarify the conditions of probation, we seek confirmation of the lack of travel restrictions through the filing of this motion.

III.

Initial communication with the U.S. Department of Justice attorney has indicated agreement with this motion; however, over the last month, attempts by Defendant Boucher's counsel to contact the U.S. Department of Justice counsel to obtain his agreement and signature have been unsuccessful. Because of upcoming travel by Defendant Boucher, counsel for the defendant considers it necessary to file this motion without U.S. Department of Justice counsel's signature.

IV.

WHEREFORE PREMISES CONSIDERED, Defendant Boucher requests an order be granted to clarify the conditions of probation, specifically, the lack of restrictions on domestic and international travel.

Respectfully submitted,

JAY STEWART
HANCE SCARBOROUGH WRIGHT
WOODWARD & WEISBART LLP
111 Congress Avenue, Suite 500
Austin, Texas 78701
Tel: (512) 479-8888
Fax: (512) 482-6891

JAMES ROLFE
2515 McKinney, Suite 1400
Dallas, Texas 75201
Tel: (214) 237-0900
Fax: (214) 237-0901

By: _____
    Jay Stewart

COUNSEL FOR DEFENDANT
DONALD M. BOUCHER

## CERTIFICATE OF SERVICE

    By my signature below, I hereby certify that a true and correct copy of the foregoing document has been served this __1__ day of August, 2007, via United States certified mail, return receipt requested, facsimile transmission or United States first class mail to the following counsel of record:

        NICHOLAS A. MARSH
        Trial Attorneys
        Public Integrity Section
        Criminal Division
        U.S. Department of Justice
        1400 New York Avenue, NW
        The Bond Building – 12th Floor
        Washington, DC 20005

        _____
        Jay B. Stewart