IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | Criminal No.: 06CR62RMC |
| | § | VIOLATION |
| vs. | § § | 2 U.S.C. § 441(b) (misdemeanor) |
| DONALD M. BOUCHER | § § | |
| Defendant. | § | |

### ORDER GRANTING MOTION
### TO CLARIFY CONDITIONS OF PROBATION

The Court, having considered the Motion to Clarify Conditions of Probation, hereby confirms that Defendant Boucher has no restrictions on travel both domestically and internationally for business and personal reasons.

_____
Signed on _____, 2007.

Please send a copy to:

Jay B. Stewart
Hance Scarborough Wright
111 Congress Avenue, Suite 500
Austin, TX 78701