UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) ) ) | |
| v. | ) ) | Criminal Action No. 06-62 (RMC) |
| **DONALD M. BOUCHER,** | ) ) | |
| Defendant. | ) ) | |

**ORDER**

Donald M. Boucher was sentenced by this Court on March 30, 2007, to one year of probation after he pled guilty to one count of submitting false statements to the Federal Election Commission in violation of 18 U.S.C. § 1001. As a condition of probation, Defendant Boucher requested unrestricted domestic and international travel for business and personal reasons. The request was unopposed by the Department of Justice. The request was granted in part. As stated in the Judgment issued in this case, "The defendant shall be permitted to travel for business purposes with prior notice to his Probation Officer."

Mr. Boucher informs the Court that the Probation Office of the U.S. District Court, Eastern District of Texas, in Plano, Texas, has raised questions regarding the existence of any travel restrictions during the term of his probation. The Court issues this Order to clarify the Judgment:

> The Defendant shall be permitted to travel domestically and internationally for business purposes with prior notice to his Probation Officer. He shall not be permitted to travel for other purposes.

**SO ORDERED.**

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge

DATE: August 3, 2007